LISA R. J. PORTER
JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

JACOB DANIEL REEHL,
        Plaintiff,                               Civil Action No. 3:16-cv-02205-SU
vs.

NANCY A. BERRYHILL                     ORDER GRANTING AWARD
Acting COMMISSIONER of Social Security,    OF EAJA FEES, EXPENSES
               Defendant               /           COSTS

## ORDER

      Based upon the Plaintiff's Unopposed Motion, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff</u>, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $**5,329.28** and expenses $**8.3**3 and costs of $**13.80**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in <u>Ratliff</u> shall be paid to the Plaintiff, and mailed to the attorney's office.

      Done this   1st   day of   March  , 2018

                                                    /s/ Patricia Sullivan
                                                        Judge

Presented by:

s/Lisa R.J. Porter                -
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035